

# THE THIRTEENTH COURT OF APPEALS

### 13-14-00284-CR

The State of Texas
v.
Steve Marston

On Appeal from the
377th District Court of Victoria County, Texas
Trial Cause No. 11-1-25662-D

### JUDGMENT

The judgment issued by this Court on June 18, 2015, is hereby withdrawn, and the following is substituted therefor.

THE THIRTEENTH COURT OF APPEALS, having considered this cause on appeal, concludes that the judgment of the trial court should be reversed and the case remanded. The Court orders the judgment of the trial court REVERSED and the case REMANDED for further proceedings in accordance with its opinion.

We further order this decision certified below for observance.

July 23, 2015